

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00049-CV

**IN RE** Richard **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice

Delivered and Filed: January 29, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On January 21, 2014, relator filed a petition for writ of mandamus complaining of the trial court's June 2013 order on the parties' discovery motions. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 11-04-00096-CVK, styled *Richard Rodriguez v. Camino Agave, Inc.*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.